◼ In the Matter of LIVINGSTON COUNTY DEPARTMENT OF SOCIAL SERVICES, on Behalf of CHERYL LINSNER, Respondent, v SHAUN GRIMMELT, Appellant. (Appeal No. 1.) [678 NYS2d 762] —Order unanimously vacated without costs. Same Memorandum as in *Matter of Livingston County Dept. of Social Servs. (Linsner) v Grimmelt* (254 AD2d 834 [decided herewith]). (Appeal

from Order of Livingston County Family Court, Cicoria, J.—Commitment.) Present—Pine, J. P., Hayes, Wisner, Pigott, Jr., and Boehm, JJ.